IN THE COMMONWEALTH COURT OF PENNSYLVANIA

City of Philadelphia,         :
         Appellant    :
                     :
        v.         :     No. 2626 C.D. 2015
                     :
Gryphin Coatings, Inc.    :

# **O R D E R**

NOW, June 19, 2017, having considered appellee 5627-41 Hegerman Street, LLC's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge